UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: §
§
GLOBALCOR ASSOCIATES, LLC, § Case No. 15-60533 RK
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANNE PIERO SILAGY Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 340,300.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 423,722.30 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 95,531.00 | |

3) Total gross receipts of $ 519,253.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 519,253.30 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 978,766.72 | $ 554,821.64 | $ 422,672.60 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 94,512.70 | 94,512.70 | 94,512.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 1,018.30 | 1,018.30 | 1,018.30 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 374,280.37 | 374,280.37 | 1,049.70 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 1,448,578.09 | $ 1,024,633.01 | $ 519,253.30 |

    4) This case was originally filed under chapter 11 on 03/16/2015 , and it was converted to chapter 7 on 05/08/2015 . The case was pending for 58 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2020      By:/s/ANNE PIERO SILAGY Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 513,000.00 |
| 328 South Main Street, Akron, Ohio | 1110-000 | 5,253.30 |
| MISCELLANOUS PERSONAL PROPERTY | 1229-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 519,253.30** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | JOEL SILVER | 4110-000 | NA | 5,000.00 | 5,000.00 | 0.00 |
| | KELEV FUNDING | 4110-000 | NA | 388,000.00 | 388,000.00 | 388,000.00 |
| 000008A | KELEV FUNDING, LLC | 4110-000 | NA | 392,161.74 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | LAW OFFICES OF ROBERT E. SOLES JR. | 4110-000 | NA | 63,574.52 | 63,574.52 | 0.00 |
| 000003A | ROBERT E. SOLES, JR | 4210-000 | NA | 63,574.52 | 63,574.52 | 0.00 |
| | SUMMIT COUNTY TREASURER | 4700-000 | NA | 34,672.60 | 34,672.60 | 34,672.60 |
| 000001 | SUMMIT COUNTY TREASURER | 4700-000 | NA | 31,783.34 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 978,766.72 | $ 554,821.64 | $ 422,672.60 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ANNE PIERO SILAGY, ESQ. | 2100-000 | NA | 20,500.00 | 20,500.00 | 20,500.00 |
| TRUSTEE EXPENSES:ANNE PIERO SILAGY, ESQ. | 2200-000 | NA | 628.59 | 628.59 | 628.59 |
| INSURANCE PARTNERS AGENCY | 2300-000 | NA | 153.04 | 153.04 | 153.04 |
| CENTRAL STATES INSURANCE | 2420-000 | NA | 396.00 | 396.00 | 396.00 |
| CITY OF AKRON | 2500-000 | NA | 7,456.04 | 7,456.04 | 7,456.04 |
| BANK OF KANSAS CITY | 2600-000 | NA | 1,391.79 | 1,391.79 | 1,391.79 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BOK FINANCIAL | 2600-000 | NA | 2,552.76 | 2,552.76 | 2,552.76 |
| OHIO TREASURER OF STATE | 2820-000 | NA | 132.54 | 132.54 | 132.54 |
| SUMMIT COUNTY TREASURER | 2820-000 | NA | 14,560.01 | 14,560.01 | 14,560.01 |
| TREASURER STATE OF OHIO | 2820-000 | NA | 0.00 | 0.00 | 0.00 |
| OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | NA | 650.00 | 650.00 | 650.00 |
| DIVISION OF LIQUOR CONTROL | 2990-000 | NA | 100.00 | 100.00 | 100.00 |
| OHIO DIVISION OF LIQUOR CONTROL | 2990-000 | NA | 3,440.80 | 3,440.80 | 3,440.80 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ROETZEL & ANDRESS | 3210-000 | NA | 41,300.00 | 41,300.00 | 41,300.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):ROETZEL & ANDRESS | 3220-000 | NA | 422.17 | 422.17 | 422.17 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:HALL KISTLER | 3610-000 | NA | 828.96 | 828.96 | 828.96 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 94,512.70 | $ 94,512.70 | $ 94,512.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TREASURER, STATE OF OHIO | 6820-000 | NA | 1,018.30 | 1,018.30 | 1,018.30 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 1,018.30 | $ 1,018.30 | $ 1,018.30 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | OHIO DEPARTMENT OF TAXATION | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005B | LAW OFFICES OF ROBERT E. SOLES JR. | 7100-000 | NA | 132,910.73 | 132,910.73 | 921.00 |
| 000002B | SILVER, JOEL | 7100-000 | NA | 18,572.79 | 18,572.79 | 128.70 |
| 000003B | SOLES JR., ROBERT E. | 7100-000 | NA | 194,996.85 | 194,996.85 | 0.00 |
| 000006A | YVONNE CURATOLO | 7100-000 | NA | 27,800.00 | 27,800.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | OHIO DEPARTMENT OF TAXATION | 7300-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 374,280.37 | $ 374,280.37 | $ 1,049.70 |

| Case No: | 15-60533 RK Judge: RUSS KENDIG | | | Trustee Name: | ANNE PIERO SILAGY Trustee |
|---|---|---|---|---|---|
| Case Name: | GLOBALCOR ASSOCIATES, LLC, | | | Date Filed (f) or Converted (c): | 05/08/15 (c) |
| | | | | 341(a) Meeting Date: | 06/30/15 |
| For Period Ending: 02/10/20 | | | | Claims Bar Date: | 08/24/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Merit checking | 0.00 | 0.00 | | 0.00 | FA |
| 2. Liquor license | 3,200.00 | 3,200.00 | | 3,200.00 | FA |
| 3. 328 South Main Street, Akron, Ohio | 304,300.00 | 515,053.30 | | 515,053.30 | FA |
| 4. 1256 Noble St., allianc,e Ohio 44601 | 6,500.00 | 0.00 | OA | 0.00 | FA |
| 5. 244 45th St. SW Canton, Ohio 44706 | 81,700.00 | 0.00 | OA | 0.00 | FA |
| 6. 2231 Martha St. NE Canton, Ohio 44705 | 26,000.00 | 0.00 | OA | 0.00 | FA |
| 7. 409 Bedford Ave NW Canton, Ohio 44708 | 27,800.00 | 0.00 | OA | 0.00 | FA |
| 8. 803 court Ave SW Canton, Ohio 44702 | 19,500.00 | 0.00 | OA | 0.00 | FA |
| 9. 1220 Worley Ave Nw Cnaton, Ohio 44703 | 12,000.00 | 0.00 | OA | 0.00 | FA |
| 10. 1802 Royal Ave NE Cnaton, Ohio 44705 | 32,700.00 | 0.00 | OA | 0.00 | FA |
| 11. 4520 Navarre Rd SW Canton, Ohio 44706 | 78,200.00 | 0.00 | OA | 0.00 | FA |
| 12. 2707 30th Street Ne Canton, Ohio 44705 | 55,900.00 | 0.00 | OA | 0.00 | FA |
| 13. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. Dispute regarding bankruptcy filing (u) abandoned | 0.00 | 1,000.00 | OA | 0.00 | FA |
| 15. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 16. MISCELLANOUS PERSONAL PROPERTY (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $647,800.00 | $520,253.30 | | $519,253.30 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

AWAITING FEE APPLICATION

| | | | |
|---|---|---|---|
| Case No: | 15-60533 RK Judge: RUSS KENDIG | Trustee Name: | ANNE PIERO SILAGY Trustee |
| Case Name: | GLOBALCOR ASSOCIATES, LLC, | Date Filed (f) or Converted (c): | 05/08/15 (c) |
| | | 341(a) Meeting Date: | 06/30/15 |
| | | Claims Bar Date: | 08/24/15 |

STATE COURT LITIGATION PENDING INVOLVING ABANDONMENT OF ASSET - AWAITING RESOLUTION.  CASE ON APPEAL.

BUYER DID NOT COMPLETE INSPECTION FOR LIQUOR LICENSE TRANSFER.  INSPECTION TO BE COMPLETED 9/30/2017.

LICENSE TRANSFERRED APRIL 2017

AWAITING TRANSFER OF LIQUOR LICENSE - BUYER DID NOT COMPLETE PAPERWORK UNTIL 9/12/2016

ABANDONED MALPRACTICE CLAIM PER COURT ORDER

NOTICE OF SALE OF MAIN STREET PROPERTY AND LIQUOR LICENSE FILED 9/25/2015

NOTICE OF SALE FILED 7/30/15, VACATED BY COURT ORDER 9/21/15

2004 EXAM OF SHAREHOLDER 6/16/15

ACCT. RETAINED 6/3/15; COUNSEL RETAINED  5/29/15

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 10/17/19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-60533 -RK | | Trustee Name: | ANNE PIERO SILAGY Trustee |
| Case Name: | GLOBALCOR ASSOCIATES, LLC, | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******2110 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0213 | | | |
| For Period Ending: | 02/10/20 | | Blanket Bond (per case limit): | $ 740,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/23/15 | 3 | GOLDMAN & ROSEN<br>IOLTA ACCOUNT<br>11 SOUTH FORGE STREET<br>AKRON, OHIO 44304 | REAL ESTATE PURCHASE DEPOSIT | 1110-000 | 5,253.30 | | 5,253.30 |
| 10/23/15 | 001001 | OHIO DIVISION OF LIQUOR CONTROL<br>6606 TUSSING ROAD<br>REYNOLDSBURG, OHIO 43068 | RENEWAL PERMIT NO. 3214568 | 2990-000 | | 3,440.80 | 1,812.50 |
| * 11/05/15 | 001002 | CENTRAL STATES INSURANCE COMPANIES<br>PO B0X 828<br>VAN WERT, OHIO 45891-0828 | PROPERTY INSURANCE PREMIUM | 2420-003 | | 612.00 | 1,200.50 |
| 11/19/15 | 001003 | CENTRAL STATES INSURANCE CO.<br>PO BOX 828<br>VAN WERT, OHIO 45891-0828 | INSURANCE PREMIUM | 2420-000 | | 612.00 | 588.50 |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 578.50 |
| 12/04/15 | 2, 3 | CORNERSTONE REAL ESTATE TITLE CO<br>625 SOUTH MAIN STREET<br>NORTH CANTON, OHIO 4472- | LIQUIDATION OF REAL PROPERTY | | 68,311.35 | | 68,889.85 |
| | | CORNERSTONE REAL ESTATE TITLE CO | Memo Amount: 513,000.00<br>LIQUIDATION OF REAL PROPERTY | 1110-000 | | | |
| | | KELEV FUNDING | Memo Amount: ( 388,000.00 )<br>MORTGAGE | 4110-000 | | | |
| | | SUMMIT COUNTY TREASURER | Memo Amount: ( 34,672.60 )<br>REAL ESTATE TAXES - PRETPETITION | 4700-000 | | | |
| | | CITY OF AKRON | Memo Amount: ( 7,456.04 )<br>DELIN WATER/SEWER | 2500-000 | | | |
| | | SUMMIT COUNTY TREASURER | Memo Amount: ( 14,560.01 )<br>REAL ESTATE TAXES - POSTPETITION | 2820-000 | | | |
| 12/09/15 | 16 | GOLDMAN & ROSEN | PERSONAL PROPERTY | 1229-000 | 1,000.00 | | 69,889.85 |

Page Subtotals 74,564.65 4,674.80

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

15-60533-rk    Doc 147    FILED 02/12/20    ENTERED 02/12/20 09:07:14    Page 10 of 16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-60533 -RK | | Trustee Name: | ANNE PIERO SILAGY Trustee |
|---|---|---|---|---|
| Case Name: | GLOBALCOR ASSOCIATES, LLC, | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******2110 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0213 | | | |
| For Period Ending: | 02/10/20 | | Blanket Bond (per case limit): | $ 740,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/11/15 | 001002 | 11 SOUTH FORGE STREET<br>AKRON, OHIO 44304<br>CENTRAL STATES INSURANCE COMPANIES<br>PO B0X 828<br>VAN WERT, OHIO 45891-0828 | PROPERTY INSURANCE PREMIUM RETURNED CHECK | 2420-003 | | -612.00 | 70,501.85 |
| 12/17/15 | 001004 | DIVISION OF LIQUOR CONTROL<br>6606 TUSSING ROAD<br>REYNOLDSBURG, OHIO 43068-9005 | TRANSFER FEE | 2990-000 | | 100.00 | 70,401.85 |
| 12/21/15 | 001005 | TREASURER, STATE OF OHIO | SALES TAX - 179720 | 6820-000 | | 1,018.30 | 69,383.55 |
| 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 77.46 | 69,306.09 |
| 01/04/16 | | CENTRAL MUTUAL INSURANCE CO.<br>800 SOUTH WASHINGTON STREET<br>VAN WERT, OHIO 45891-2381 | INSURANCE REFUND | 2420-000 | | -216.00 | 69,522.09 |
| 01/06/16 | 001006 | INSURANCE PARTNERS AGENCY<br>26865 Center Ridge Road<br>Westlake, OH 44145 | BOND PREMIUM | 2300-000 | | 219.31 | 69,302.78 |
| 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 103.00 | 69,199.78 |
| 02/10/16 | 001007 | OHIO TREASURER OF STATE<br>C/O OHIO ATTORNEY GENERAL<br>ATTN: JENNIFER SAUER<br>150 EAST GAY STREET, 21ST FLOOR<br>COLUMBUS, OHIO 43215 | 2015 SALES TAX | 2820-000 | | 132.54 | 69,067.24 |
| 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 95.87 | 68,971.37 |
| 03/23/16 | | INSURANCE PARTNERS AGENCY<br>26865 Center Ridge Road<br>Westlake, OH 44145 | REFUND | 2300-000 | | -135.34 | 69,106.71 |
| 03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 102.25 | 69,004.46 |
| 04/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 98.98 | 68,905.48 |
| 05/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 102.13 | 68,803.35 |

Page Subtotals    0.00    1,086.50

Ver: 22.02b

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 11)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 15-60533 -RK | |
| Case Name: | GLOBALCOR ASSOCIATES, LLC, | |
| Taxpayer ID No: | *******0213 | |
| For Period Ending: | 02/10/20 | |

| | | |
|---|---|---|
| Trustee Name: | ANNE PIERO SILAGY Trustee | |
| Bank Name: | BOK FINANCIAL | |
| Account Number / CD #: | *******2110 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 740,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 98.69 | 68,704.66 |
| 07/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 101.83 | 68,602.83 |
| 08/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 101.68 | 68,501.15 |
| 09/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 98.25 | 68,402.90 |
| 10/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 101.38 | 68,301.52 |
| 11/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 97.97 | 68,203.55 |
| 12/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 101.09 | 68,102.46 |
| 01/18/17 | 001008 | INSURANCE PARTNERS AGENCY | BOND PREMIUM | 2300-000 | | 24.74 | 68,077.72 |
| | | 26865 Center Ridge Road | | | | | |
| | | Westlake, OH 44145 | | | | | |
| 01/31/17 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 101.21 | 67,976.51 |
| 02/28/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 91.22 | 67,885.29 |
| 03/30/17 | 001009 | TREASURER STATE OF OHIO | SALES TAX | 2820-000 | | 89.27 | 67,796.02 |
| | | | CERTIFIED CHECK ISSUED BY BANK | | | | |
| | | | DATE OF ISSUE 2/22/2017 | | | | |
| 03/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 100.76 | 67,695.26 |
| 04/04/17 | | TREASURER STATE OF OHIO | REFUND | 2820-000 | | -89.27 | 67,784.53 |
| | | RETURNED CHECK | | | | | |
| 04/28/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 97.47 | 67,687.06 |
| 05/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 100.60 | 67,586.46 |
| 06/30/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 97.21 | 67,489.25 |
| 07/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 100.30 | 67,388.95 |
| 08/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 100.16 | 67,288.79 |
| 09/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 96.78 | 67,192.01 |
| 10/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 99.86 | 67,092.15 |
| 11/30/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 96.50 | 66,995.65 |
| 12/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 99.57 | 66,896.08 |
| 01/08/18 | 001010 | INSURANCE PARTNERS AGENCY | BOND PREMIUM | 2300-000 | | 12.53 | 66,883.55 |
| | | 26865 Center Ridge Road | | | | | |

Page Subtotals  0.00  1,919.80

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

15-60533-rk    Doc 147    FILED 02/12/20    ENTERED 02/12/20 09:07:14    Page 12 of 16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-60533 -RK | Trustee Name: | ANNE PIERO SILAGY Trustee |
| --- | --- | --- | --- |
| Case Name: | GLOBALCOR ASSOCIATES, LLC, | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******2110 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0213 | | |
| For Period Ending: | 02/10/20 | Blanket Bond (per case limit): | $ 740,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Westlake, OH 44145 | | | | | |
| 01/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 99.41 | 66,784.14 |
| 02/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 89.65 | 66,694.49 |
| 03/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 99.12 | 66,595.37 |
| 04/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 95.78 | 66,499.59 |
| 05/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 98.83 | 66,400.76 |
| 06/29/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 95.50 | 66,305.26 |
| 07/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 98.54 | 66,206.72 |
| 08/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 98.40 | 66,108.32 |
| 09/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 95.08 | 66,013.24 |
| 10/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 98.11 | 65,915.13 |
| 11/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 94.80 | 65,820.33 |
| 12/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 97.82 | 65,722.51 |
| 01/03/19 | 001011 | INSURANCE PARTNERS AGENCY | Bond Premiuim | 2300-000 | | 31.80 | 65,690.71 |
| | | 26865 Center Ridge Road | | | | | |
| | | Westlake, OH 44145 | | | | | |
| 01/31/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 97.66 | 65,593.05 |
| 02/28/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 88.05 | 65,505.00 |
| 03/29/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 97.36 | 65,407.64 |
| 04/09/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 28.22 | 65,379.42 |
| 04/11/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 65,379.42 | 0.00 |

Page Subtotals  0.00  66,883.55

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-60533 -RK | Trustee Name: ANNE PIERO SILAGY Trustee |
| Case Name: GLOBALCOR ASSOCIATES, LLC, | Bank Name: BOK FINANCIAL |
| | Account Number / CD #: *******2110 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******0213 | |
| For Period Ending: 02/10/20 | Blanket Bond (per case limit): $ 740,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 513,000.00 | COLUMN TOTALS | 74,564.65 | 74,564.65 | 0.00 |
| Memo Allocation Disbursements: | 444,688.65 | Less: Bank Transfers/CD's | 0.00 | 65,379.42 | |
| | | Subtotal | 74,564.65 | 9,185.23 | |
| Memo Allocation Net: | 68,311.35 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 74,564.65 | 9,185.23 | |

Page Subtotals    0.00    0.00

Ver: 22.02b

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 14)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-60533 -RK | | Trustee Name: | ANNE PIERO SILAGY Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | GLOBALCOR ASSOCIATES, LLC, | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1040 Checking Account |
| Taxpayer ID No: | *******0213 | | | |
| For Period Ending: | 02/10/20 | | Blanket Bond (per case limit): | $ 740,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/11/19 | | Trsf In From BOK FINANCIAL | INITIAL WIRE TRANSFER IN | 9999-000 | 65,379.42 | | 65,379.42 |
| 12/27/19 | 002001 | Anne Piero Silagy, Esq. Chapter 7 Trustee 1225 South Main Street, Suite 1 North Canton, OH  44720 | Chapter 7 Compensation/Fees | 2100-000 | | 20,500.00 | 44,879.42 |
| 12/27/19 | 002002 | Anne Piero Silagy, Esq. Chapter 7 Trustee 1225 South Main Street, Suite 1 North Canton, OH  44720 | Chapter 7 Expenses | 2200-000 | | 628.59 | 44,250.83 |
| 12/27/19 | 002003 | HALL KISLER & COMPANY 220 MARKET AVE S. SUITE 700 CANTON, OHIO  44702 | ACCOUNTANT FEES | 3610-000 | | 828.96 | 43,421.87 |
| 12/27/19 | 002004 | ROETZEL & ANDRESS 222 SOUTH MAIN STREET AKRON, OH 44308 | TRUSTEE ATTORNEY EXPENSES | 3220-000 | | 422.17 | 42,999.70 |
| 12/27/19 | 002005 | ROETZEL & ANDRESS 222 SOUTH MAIN STREET AKRON, OH 44308 | TRUSTEE ATTORNEY FEES | 3210-000 | | 41,300.00 | 1,699.70 |
| 12/27/19 | 002006 | Office of the United States Trustee Ohio/Michigan Regional Office 211 West Fort Street Suite 700 Detroit, Michigan 48226 Attn: Quarterly Fee Coordinator | Claim 000007, Payment 100.00000% | 2950-000 | | 650.00 | 1,049.70 |
| 12/27/19 | 002007 | Joel Silver 6 Nunes Rd Watsonville, CA 95076 | Claim 000002B, Payment 0.69295% | 7100-000 | | 128.70 | 921.00 |
| 12/27/19 | 002008 | Law Offices of Robert E. Soles Jr. | Claim 000005B, Payment 0.69295% | 7100-000 | | 921.00 | 0.00 |
| | | | Page Subtotals | | 65,379.42 | 65,379.42 | |

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-60533 -RK | | Trustee Name: | ANNE PIERO SILAGY Trustee |
|---|---|---|---|---|
| Case Name: | GLOBALCOR ASSOCIATES, LLC, | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1040  Checking Account |
| Taxpayer ID No: | *******0213 | | | |
| For Period Ending: | 02/10/20 | | Blanket Bond (per case limit): | $   740,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6545 Market Ave North North Canton, Ohio  44721 | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 65,379.42 | 65,379.42 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 65,379.42 | 0.00 | |
| | | Subtotal | 0.00 | 65,379.42 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 65,379.42 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 513,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 444,688.65 | Checking Account (Non-Interest Earn - ********2110 | 74,564.65 | 9,185.23 | 0.00 |
| | | Checking Account - ********1040 | 0.00 | 65,379.42 | 0.00 |
| Total Memo Allocation Net: | 68,311.35 | | 74,564.65 | 74,564.65 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: _/s/_ ANNE PIERO SILAGY Trustee _____  Date: _____
ANNE PIERO SILAGY TRUSTEE

Page Subtotals  0.00  0.00

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*